IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Rodman C. Thompson, Jr.,              :
                    Appellant          :
                                       :
        v.                             :        No. 139 C.D. 2018
                                       :
Commonwealth of Pennsylvania,          :
Department of Transportation,          :
Bureau of Driver Licensing             :

# **O R D E R**

NOW, September 19, 2018, having considered appellant's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge